IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA NAILS, | ) | 8:14CV76 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RON BLUMKIN, and NEBRASKA | ) | |
| FURNITURE MART, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motions requesting mediation, summons forms, and initial review. (Filing Nos. 5, 7, and 8.) Plaintiff filed her Complaint on March 5, 2014, and the court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis on March 26, 2014. (Filing No. 6.) The court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). The court has not conducted an initial review of Plaintiff's Complaint, and this matter may not proceed to service until it does so. If the court determines Plaintiff's Complaint may proceed to service, it will send summons forms to Plaintiff and also extend the time in which Plaintiff has to serve Defendants with process. The court will complete its initial review in its normal course of business.

IT IS THEREFORE ORDERED that: Plaintiff's Motions requesting mediation, summons forms, and initial review are denied. (Filing Nos. 5, 7, and 8.)

DATED this 17th day of April, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.